| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Julius Johnson, Esq. 96407<br>The Law Offices of Julius Johnson<br>2476 N. Lake Ave.<br>Altadena, CA 91001<br><br>California State Bar Number: **96407 CA** | |

☐ *Individual appearing without attorney*
☑ *Attorney for:* **Debtor**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Janet Y White**

Debtor(s)

CASE NO.: 2:19-bk-23170

CHAPTER **13**

### DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

[No Hearing Required]

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

    **OR**

    ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter _____ and was converted to a case under chapter 13 on _____.

2. ☑ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

    **OR**

    ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

    Filing Date: _____
    Movant: _____
    Personal or Real Property: _____

    Status:    ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
    *(Please attach additional pages if needed.)*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. ☑ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   _(Please attach additional pages if needed.)_

4. Debtor seeks dismissal of this case for the following reasons:
   After preparation of Debtors schedules and plan preparation Debtor has decided to workout repayment with creditors directly.

   _(Please attach additional pages if needed.)_

Date: November 9, 2019

_Attorney for Debtor(s)_

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: November 9, 2019

_Debtor_

Date: November 9, 2019

_Joint Debtor_

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2        F 3015-1.18.DEBTOR.MOTION.DISMISS

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re: **Janet Y White**

Debtor(s)

Case No.: 2:19-bk-23170
Chapter: 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1000.00 |
   | Prior to the filing of this statement I have received | $ 1000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 9, 2019**
Date

/s/ Julius Johnson
**Julius Johnson, Esq. 96407**
*Signature of Attorney*
**The Law Offices of Julius Johnson & Association**
**2476 Lake Ave.**
**Altadena, CA 91001**
**(626) 797-1186**
*Name of law firm*